UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
BARLETTA HEAVY DIVISION, INC., )
                               )
           Plaintiff           )
                               )
v.                             )
                               )   Civil Action No.09-10143-NMG
ERIE INTERSTATE CONTRACTORS,   )
   INC.;                       )
PHOENIX DEVELOPMENT AND        )
   CONSTRUCTION, INC.;         )
ERIE PAINTING & MAINTENANCE,   )
   INC.;                       )
GREGORY ZAFIRAKIS,             )
STEVE ZAFIRAKIS and             )
STEVEN MOUTSASTOS,             )
                               )
           Defendants          )
_____)

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Now come the Plaintiff Barletta Heavy Division, Inc., the Defendants Erie Interstate Contractors, Inc., Phoenix Development & Construction, Inc., Gregory Zafirakis, Steve Zafirakis and Steven Moutsastos and the Defendant Erie Painting & Maintenance, Inc. and respectfully submit this *Joint Motion to Extend the Discovery Deadline*.

The parties have propounded written discovery to each other, and pursuant to this Court's scheduling order, responses to the written discovery requests are due by June 30, 2009. The parties respectfully request that the deadline for their responses to

1

the written discovery requests be extended by one month, or until July 31, 2009.  None of the other deadlines in this case will be affected by this short extension.

This is the first request for an extension that the parties have requested.

**Wherefore,** the parties respectfully request that the deadline for them to respond to each other's written discovery requests be extended until July 31, 2009.

| | |
|---|---|
| Respectfully submitted,<br>DEFENDANTS ERIE INTERSTATE CONTRACTORS, INC.; PHOENIX DEVELOPMENT AND CONSTRUCTION, INC.; GREGORY ZAFIRAKIS, STEVE ZAFIRAKIS and STEVEN MOUTSASTOS,<br>By their attorneys,<br><br> /s/ David P. Russman<br>_____<br>David P. Russman (BBO No. 567796)<br>The Russman Law Firm, P.C.<br>33 Bellevue Street, Suite One<br>Boston, MA  02125<br>Tel. (617) 282-5300<br>Fax: (617) 282-5301 | PLAINTIFF BARLETTA HEAVY DIVISION, INC.<br>By its attorneys,<br><br>/s/ Laurence K. Richmond<br>_____<br>Laurence K. Richmond, Esq.<br>Laurence K. Richmond & Associates PC<br>1419 Hancock Street, Suite 200<br>Quincy, MA  02169<br>BBO NO. 564920<br><br><br>DEFENDANT<br>ERIE PAINTING AND MAINTENANCE, INC.<br>By its attorneys,<br><br>/s/ Katherine Flaws<br>_____<br>Joseph Leighton (BBO 547383)<br>Katherine Flaws (BBO 660374)<br>Wilson Elser Moskowitz<br>  Edelman & Dicker, LLP<br>260 Franklin Street, 14th Floor<br>Boston, MA  02110 |