UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARLETTA HEAVY DIVISION, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.09-10143-NMG |
| ERIE INTERSTATE CONTRACTORS, ) | |
|    INC.; *et al.* ) | |
| ) | |
| Defendants ) | |
| ) | |

## OPPOSING DEFENDANTS REQUEST FOR A HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Opposing Defendants hereby request a hearing on Plaintiff's Motion for Summary Judgment and the related Opposition papers.

Respectfully submitted,

/s/ Christopher M. Sheehan

_____
Christopher M. Sheehan (BBO No. 657714)
Josh Vitullo (BBO No. 654310)
SHEEHAN VITULLO LLP
Ten Post Office Square
8th Floor, South
Boston, MA  02109
Tel.  (617) 379-0401
Fax: (617) 687-9178

January 13, 2010

**Certificate of Service**

I hereby certify that on January 13, 2010, I electronically filed the foregoing with the Clerk for the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECT users and that service will be accomplished by the CM/ECT system.

   /s/ Christopher M. Sheehan
    Christopher M. Sheehan